FILED
NOV 22 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 16 CR 50054 |
| | ) | |
| v. | ) | |
| | ) | Violations: Title 18, United |
| NATHAN R. TAUCK | ) | States Code, Sections 2251(a), |
| | ) | 2252A(a)(1) and 2252A(a)(5)(B) |

## COUNT ONE

The NOVEMBER 2015 GRAND JURY charges:

In or about September or October 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

NATHAN R. TAUCK,

defendant herein, did knowingly use, persuade, induce, entice, and coerce a minor, namely, Victim A, to engage in sexually explicit conduct, namely, the lascivious exhibition of the minor's genitals and pubic area, for the purpose of producing a visual depiction of the sexually explicit conduct, knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The NOVEMBER 2015 GRAND JURY further charges:

On or about October 5, 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### NATHAN R. TAUCK,

defendant herein, using a means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, namely, the Internet, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), namely, an electronically stored file titled "bd068547661a809ee5a2ac5af3555031.jpg";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT THREE

The NOVEMBER 2015 GRAND JURY further charges:

On or about June 13, 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

NATHAN R. TAUCK,

defendant herein, using a means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, namely, the Internet, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), namely, an electronically stored file titled "56f0c5cb1d7c186005d25fd857d3c9a9c4ce4ab8";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FOUR

The NOVEMBER 2015 GRAND JURY further charges:

On or about June 3, 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

## NATHAN R. TAUCK,

defendant herein, using a means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, namely, the Internet, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), namely, an electronically stored file titled "f46bec68c4ba8e86652b786c0d1a5bab5e6b0d61";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FIVE

The NOVEMBER 2015 GRAND JURY further charges:

On or about June 29, 2015, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

NATHAN R. TAUCK,

defendant herein, using a means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, namely, the Internet, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), namely, an electronically stored file titled "4020506d82975b5f88e7e3b88f4074ce4764f9b1";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## FORFEITURE ALLEGATION

The NOVEMBER 2015 GRAND JURY further alleges:

1. The allegations in Counts One through Five of this Indictment are realleged here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Sections 2251 and 2252A, as alleged in the foregoing Indictment,

NATHAN R. TAUCK,

defendant herein, shall forfeit to the United States any and all right, title and interest defendant has in any matter that contains visual depictions described in Title 18, United States Code, Sections 2251and 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violations, including, but not limited to,

    a. Toshiba Satellite laptop computer, model A665-S6095, with serial number XA362258K; and

    b. Western Digital hard drive, model WD5000BPVT-00HXZT1, with serial number WXU1CA1U3510;

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY