UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 50054 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| NATHAN R. TAUCK, | ) | (Magistrate Judge Iain D. |
| | ) | Johnston) |

**UNITED STATES' MOTION TO UNSEAL ARREST WARRANT**

The United States of America, by Joel R. Levin, Acting United States Attorney for the Northern District of Illinois, submits the following Motion to Unseal the cover page of the arrest warrant.

1. A five count indictment of the defendant for child exploitation offenses was returned by a Grand Jury and filed with this Court on November 22, 2016.

2. In the course of investigating the defendant, it was learned that approximately 12 days after the November 18, 2015 execution of a search warrant at the defendant's residence, he flew to Denmark. Based on information known to investigators, it appears that the defendant has never returned to the United States. Investigators have information about his present location. The information is reliable, but not accurate to a certainty.

3. The United States' Department of State is involved in the process of locating and seeking the return of the defendant. In order to effectuate

1

every option available to it, the State Department has requested that the arrest warrant be unsealed.

4. The government is aware that there is personal identification information on the back of the arrest warrant, and therefore requests that only the cover page of the arrest warrant be unsealed.

For the foregoing reasons, the United States respectfully requests that the Court order the cover page of the arrest warrant be unsealed and made available on Pacer and in the District Court Clerk's Office.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: /s Michael D. Love
    MICHAEL D. LOVE
    Assistant United States Attorney
    Suite 3300
    327 South Church Street
    Rockford, Illinois 61101
    (815) 987-4444

CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

## UNITED STATES' TO UNSEAL ARREST WARRANT

was served on May 22, 2017 in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any.

<u>/s Michael D. Love</u>
MICHAEL D. LOVE
Assistant United States Attorney
Suite 3300
327 South Church Street
Rockford, Illinois 61101
(815) 987-4444